**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 121 DB 2023 (No. 72 RST 2023) |
| | : | |
| REBECCA CHRISTINE SHAEFFER | : | Attorney Registration No. 315712 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2023, the Report and Recommendation of Disciplinary Board Member dated October 25, 2023, is approved and it is ORDERED that REBECCA CHRISTINE SHAEFFER, who has been on Administrative Suspension, has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.